IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:22-cv-03053-MEH

**THREE POINTS CENTER, LLC;**
**THREE POINTS CENTER NORTH CAROLINA, LLC;**
**THREE POINTS PROPERTIES, LLC;**
**THREE POINTS PROPERTIES NORTH CAROLINA, LLC**; and
**THREE POINTS ACADEMY, INC.**,

    Plaintiffs,
v.

**THE ESTATE OF GLENN MICHAEL THIBAULT;**

**THE GLENN M. THIBAULT TRUST DATED MAY 20, 2011,**
**OR ANY SUBSEQUENT TRUST THAT MAY BE ESTABLISHED**
**BY GLENN M. THIBAULT'S PERSONAL REPRESENTATIVE ON HIS BEHALF;**

**NICOLE M. THIBAULT AS PERSONAL REPRESENTATIVE**
**OF THE ESTATE OF GLENN MICHAEL THIBAULT;**
**TRUSTEE OF THE GLENN M. THIBAULT TRUST DATED MAY 20, 2011;**
**AND IN HER INDIVIDUAL CAPACITY;**

**G & N CONSULTING, LLC**; and

**AMERICAN GENERAL LIFE INSURANCE COMPANY**,

    Defendants.

---

## THREE POINTS CENTER NORTH CAROLINA, LLC'S CORPORATE DISCLOSURE

Plaintiff Three Points Center North Carolina, LLC, through its counsel, certifies that it is privately owned with no parent corporation, and that there are no other publicly traded corporations which own 10% or more of its membership interest pursuant to F.R.C.P. 7.1(a)(2).

Dated this 13th day of December 2022.

        Respectfully submitted,

        **CAMPBELL LITIGATION, P.C.**

        By: /s/ *Stacey A. Campbell*
            Stacey A. Campbell
            Robert Thomas
            1410 North High Street
            Denver, Colorado 80218
            Tel: (303) 536-1833
            Email: stacey@campbell-litigation.com
                     robert@campbell-litigation.com

        **Attorneys for Plaintiff**
        **Three Points Center North Carolina, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2022, a true and correct copy of the foregoing **THREE POINTS CENTER NORTH CAROLINA, LLC'S CORPORATE DISCLOSURE** was filed and served via CM/ECF on all counsel of record, including the following:

McLeod│Brunger PLLC
Scott D. McLeod
Joseph A. O'Keefe
10375 Park Meadows Drive, Ste. 260
Lone Tree, CO 80124
(720) 443-6600
Email: smcleod@mcleodbrunger.com
        jokeefe@mcleodbrunger.com

**Attorneys for G&N Consulting, LLC**

        */s/ Lisa Forbes*
        Lisa Forbes, Paralegal