IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:22-cv-03053-MEH

**THREE POINTS CENTER, LLC;**
**THREE POINTS CENTER NORTH CAROLINA, LLC;**
**THREE POINTS PROPERTIES, LLC;**
**THREE POINTS PROPERTIES NORTH CAROLINA, LLC**; and
**THREE POINTS ACADEMY, INC.**,

    Plaintiffs,

v.

**THE ESTATE OF GLENN MICHAEL THIBAULT;**

**THE GLENN M. THIBAULT TRUST DATED MAY 20, 2011,**
**OR ANY SUBSEQUENT TRUST THAT MAY BE ESTABLISHED**
**BY GLENN M. THIBAULT'S PERSONAL REPRESENTATIVE ON HIS BEHALF;**

**NICOLE M. THIBAULT AS PERSONAL REPRESENTATIVE**
**OF THE ESTATE OF GLENN MICHAEL THIBAULT;**
**TRUSTEE OF THE GLENN M. THIBAULT TRUST DATED MAY 20, 2011;**
**AND IN HER INDIVIDUAL CAPACITY;**

**G & N CONSULTING, LLC**; and

**AMERICAN GENERAL LIFE INSURANCE COMPANY**,

    Defendants.

---

### THREE POINTS CENTER, LLC'S CORPORATE DISCLOSURE

---

Plaintiff Three Points Center, LLC, through its counsel, certifies that it is privately owned with no parent corporation, and that there are no other publicly traded corporations which own 10% or more of its membership interest pursuant to F.R.C.P. 7.1(a)(2).

1

Dated this 13th day of December 2022.

>Respectfully submitted,
>
>**CAMPBELL LITIGATION, P.C.**
>
>By: /s/ *Stacey A. Campbell*
>Stacey A. Campbell
>Robert Thomas
>1410 North High Street
>Denver, Colorado 80218
>Tel: (303) 536-1833
>Email: stacey@campbell-litigation.com
>robert@campbell-litigation.com
>
>**Attorneys for Plaintiff**
>**Three Points Center, LLC**

# CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2022, a true and correct copy of the foregoing **THREE POINTS CENTER, LLC'S CORPORATE DISCLOSURE** was filed and served via CM/ECF on all counsel of record, including the following:

McLeod │ Brunger PLLC
Scott D. McLeod
Joseph A. O'Keefe
10375 Park Meadows Drive, Ste. 260
Lone Tree, CO 80124
(720) 443-6600
Email: smcleod@mcleodbrunger.com
jokeefe@mcleodbrunger.com

**Attorneys for G&N Consulting, LLC**

>*/s/ Lisa Forbes*
>Lisa Forbes, Paralegal