| District Court<br>Douglas County, Colorado<br>Court address: 4000 Justice Way, #2009<br>                  Castle Rock, CO 80104<br>Phone Number:       720-437-6200 | DATE FILED: October 13, 2022 11:43 AM<br>FILING ID: 4A74866826EA0<br>CASE NUMBER: 2022PR30515 |
|---|---|
| **IN THE MATTER OF THE ESTATE OF**<br><br>**Glenn Michael Thibault, aka Glenn M. Thibault, aka Glenn Thibault,**<br><br>**Deceased** | ▲   **COURT USE ONLY**   ▲ |
| Attorney or Party Without Attorney ( Name and Address):<br>Wade Ash Woods Hill & Farley, P.C.     Jonathan F. Haskell<br>4500 Cherry Creek Dr. S., #600   E-mail: jhaskell@wadeash.com<br>Denver, CO 80246                  Atty. Reg.#: 42476<br>Phone Number: (303) 322-8943   Hayley M. Lambourn<br>FAX Number: (303) 320-7501    E-mail: hlambourn@wadeash.com<br>                                   Atty: Reg.#: 43766 | Case Number:<br><br><br>Division         Courtroom |
| **APPLICATION FOR INFORMAL PROBATE OF WILL AND<br>INFORMAL APPOINTMENT OF PERSONAL REPRESENTATIVE** | |

******Use this form if the decedent left a will******

**The applicant, an interested person pursuant to §15-10-201(27), C.R.S., makes the following statements:**

1. **Information about the applicant:**

    Name: <u>Nicole Thibault</u>     Relationship to Decedent <u>Spouse, Nominated Personal Representative</u>
    Street Address: <u>   1068 Cypress Way</u>
    City, State, Zip: <u>   Castle Rock, CO 80108</u>
    Mailing Address, if different: <u>   </u>
    City, State, Zip Code: <u>   </u>
    Primary Phone: <u>   303-638-4628   </u> Alternate Phone: <u>   </u>
    Email Address: <u>   nickitebo@aol.com</u>

2. The decedent, <u>Glenn Michael Thibault, aka Glenn M. Thibault, aka Glenn Thibault</u>, died on <u>November 27, 2021</u> (date) at the age of <u>56</u> years. The decedent was domiciled or resided in the City of Castle Rock, <u>County of Douglas</u>, State of Colorado.

3. Venue for this proceeding is proper in this county because the decedent:
    - ■ had his or her domicile or residence in this county on the date of death.
    - ☐ did not have his or her domicile or residence in Colorado, but had property located in this county on the date of death.

4. This application is filed within the time period permitted by law. Three years or less have passed since the decedent's death, or circumstances described in §15-12-108, C.R.S. authorize tardy probate or appointment.

5. The applicant:
    - ■ has not received a Demand for Notice of Filings or Orders and is unaware of any Demand for Notice of Filings or Orders concerning the decedent.
    - ☐ has received or is aware of a Demand for Notice of Filings or Orders concerning Decedent. See attached Demand for Notice of Filings or Orders or explanation.

6. ■ No court has appointed a personal representative and no such appointment proceeding is pending in this state or elsewhere.

This form conforms in substance to the current version of the approved form.
JDF 910SC R7/21 APPLICATION FOR INFORMAL PROBATE OF WILL AND
                INFORMAL APPOINTMENT OF PERSONAL REPRESENTATIVE

**EXHIBIT A**

☐ A court has appointed a personal representative or an appointment proceeding is pending in the State of _____. (Attach a statement explaining the circumstances and indicating the name and address of the personal representative. Attach a certified copy of the appointing document if the appointment has been finalized.)

7. The date of the decedent's last will is <u>May 20, 2011</u>.
   The dates of all codicils are _____.
   The will and any codicils are referred to as "the Will". The applicant believes that it is the decedent's last will and that it was validly executed.

   Except as may be disclosed in the attached explanation and after the exercise of reasonable diligence, the applicant is unaware of any instrument revoking the will and is unaware of any prior wills relating to property in Colorado that have not been expressly revoked by a later instrument.

   ■ The original will
   ☐ was deposited with this court before the decedent's death. (§ 15-11-515, C.R.S.)
   ■ has been delivered to this court since the decedent's death. (§ 15-11-516, C.R.S)
   ☐ is filed with this application.
   ■ An e-filed copy of the will is filed with this application.
   ☐ The original will be delivered to the court forthwith.
   ☐ The will is an electronic will executed in compliance with § 15-12-1305, C.R.S. and an e-filed copy of the will is filed with this application.
   ☐ The will is an electronic will executed in compliance with § 15-12-1305, C.R.S. and a certified paper copy of the will pursuant to § 15-12-1309, C.R.S. is filed with this application.

   ☐ The will has been probated in the State of _____. Authenticated copies of the will and of the statement probating it are filed with this application. (§ 15-12-402, C.R.S.)

8. Decedent's marital and family status:
   a) Did a spouse or partner in a civil union survive the decedent?                                  ■ Yes ☐ No
   b) Did the decedent have a surviving parent?                                                        ■ Yes ☐ No
   c) Did the decedent have surviving children or other descendants?                                   ■ Yes ☐ No
   d) Does the decedent's surviving spouse or partner in a civil union have surviving descendants who
      are not descendants of the decedent?                                                             ☐ Yes ■ No
   e) Are all of the decedent's surviving descendants also descendants of
      the surviving spouse or partner in a civil union?                                                ☐ Yes ■ No
   f) Are any of the decedent's children minors?                                                       ☐ Yes ■ No

9. **The names and addresses of the decedent's spouse, partner in a civil union, children, other heirs and devisees are as follows:**
   ◆ If a guardian or conservator has been appointed for one of the persons listed below, also provide the name and address of the guardian or conservator.
   ◆ If a minor child is listed, list the child's parent(s), guardian or conservator.
   ◆ If a spouse, partner in a civil union, or child has predeceased the decedent, include the date of death.
   ◆ A sample of this section is included in the Instructions - JDF 906.

| Name | Address or Date of Death | Age, only if minor | Relationship (e.g. spouse, partner in a civil union, child, brother, guardian for spouse, etc.) |
|---|---|---|---|
| Nicole M. Thibault | 1068 Cypress Way<br>Castle Rock, CO 80108 | | Spouse |
| Glenn M. Thibault Trust, c/o Nicole M. Thibault, Trustee | 1068 Cypress Way<br>Castle Rock, CO 80108 | | Beneficiary |
| Michael Thibault | 816 Copperfield Drive<br>Rapid City, SD 57703 | | Son |
| Cody Thibault | 1385 S Chambers Road, Unit 104<br>Aurora, CO 80017 | | Son |
| Halee Thibault | 3852 S Dallas Street, Unit 108<br>Aurora, CO 80014 | | Daughter |
| Matthew Thibault | 1068 Cypress Way<br>Castle Rock, CO 80108 | | Son |
| Ryan Thibault | 1068 Cypress Way<br>Castle Rock, CO 80108 | | Son |
| Elizabeth Brown | DOD: 2/10/2022 | | Mother |

10. ■ Applicant is 21 years of age or older, and nominates himself/herself to be appointed as personal representative.
    **or**
    ☐ Applicant is 21 years of age or older and nominates himself/herself to be appointed as co-personal representative along with the following as a co-personal representative.
    Name: _____ The Nominee is 21 years of age or older.
    Street Address: _____
    City, State, Zip: _____
    Mailing Address, if different: _____
    City, State, Zip Code: _____
    Primary Phone: _____ Alternate Phone: _____
    Email Address: _____
    **or**
    ☐ Applicant nominates the following person be appointed as personal representative.
    Name: _____ The Nominee is 21 years of age or older.
    Street Address: _____
    City, State, Zip: _____
    Mailing Address, if different: _____
    City, State, Zip Code: _____
    Primary Phone: _____ Alternate Phone: _____
    Email Address: _____

11. The nominee has priority for appointment because of:
    ■ statutory priority. (§ 15-12-203, C.R.S.)
    ☐ reasons stated in the attached explanation.

    Persons with prior or equal rights to appointment are as follows:
    _____

All person(s) (other than those identified in Paragraph 10 above) with prior or equal rights to appointment have renounced their rights to appointment. All required renouncements accompany this application.

12. The personal representative may receive compensation.

    ☐ The hourly rates to be charged, any amounts to be charged pursuant to a published fee schedule, including the rates and basis for charging fees for any extraordinary services, and any other bases upon which a fee charged to the estate will be calculated, are as stated below or in an attachment to this petition.*

    ■ the basis of compensation has not yet been determined.

* There is a continuing obligation to disclose any material changes to the basis for charging fees. (§15-10-602 C.R.S.)

13. The personal representative may compensate his, her, or its counsel.

    ■ The hourly rates to be charged, any amounts to be charged pursuant to a published fee schedule, including the rates and basis for charging fees for any extraordinary services, and any other bases upon which a fee charged to the estate will be calculated, are as stated below or in an attachment to this petition.*
    The basis for the fees to be paid to the personal representative's counsel are more completely set forth in the Engagement Letter between Wade Ash Woods Hill & Farley, P.C. and the personal representative, but in summary are primarily based on the time spent on services provided by the attorneys, paralegals and legal assistants, at their hourly rates as amended from time to time. At this time, the hourly rate for paralegals is $210, for legal assistants $100 and for attorneys in a range from $325 to $475. In addition, a fee may be added based upon the complexity of the case and the overall results achieved.

    ☐ The basis of compensation has not yet been determined.

* There is a continuing obligation to disclose any material changes to the basis for charging fees. (§15-10-602 C.R.S.)

14. ■ Bond is not required by the will and no interested person demanded that bond be filed. (Skip #15 below.)
    ☐ Bond is required by will or is being demanded by an interested person. (Complete #15 below.)
    ☐ Bond in the amount of $_____ has been demanded.

15. Applicant states the following regarding the decedent's estate **if** required by § 15-12-604, C.R.S.

| Estimated value of real estate | $ |
| --- | --- |
| Estimated value of personal property | $ |
| Annual income expected from all sources | $ |
| **TOTAL** | $ |

16. **The applicant requests that the registrar informally admit the decedent's will to probate and that the nominee be informally appointed as personal representative in unsupervised administration to serve:**

    ■ without bond                    ☐ with bond in the amount of $_____

**and that Letters Testamentary be issued.**

■ By checking this box, I am acknowledging that I am filling in the blanks and not changing anything else on the form.

☐ By checking this box, I am acknowledging that I have made a change to the original content of this form.

## VERIFICATION

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Executed on the  13th  day of  October , 2022,
           (date)            (month)      (year)

at  Castle Rock, CO
(city or other location, and state OR country)

Nicole Thibault
(printed name)

_Nicole Thibault_ (signature)
(signature of Applicant)

_/s/ Jonathan F. Haskell_                      October 13, 2022
Attorney Signature (if any)                             Date

**Note**:
- Please remember to add any AKA names in the caption, if applicable.