**EXHIBIT 1**

 

Theresa M. Mehringer
tmehringer@bfwlaw.com

November 3, 2022

*Via Overnight Mail and Email*

Three Points Center, LLC
c/o Norm Thibault, CEO and Board Members (Managers)
424 E. Sky View Drive
Washington, UT 84780

   RE: Demand for Action

Dear Mr. Thibault and Board Members:

  This firm represents John Schmidt and his affiliated entities, JAM Capital, LLC and JAM Three Points Holdings, LLC (collectively, "JAM"), with respect to JAM's capacity as a member of Three Points Center, LLC (the "Company"). JAM was a member of the Company at all times described in this correspondence and remains a 13.5% member of the Company. As further detailed in this correspondence, JAM has reasonable concerns that former Chief Financial Officer, Glenn Thibault, now deceased, made unauthorized and unlawful payments for his personal benefit from June 2015 through the date of his death in November 2021. Some unauthorized payments continued after his death until mid-2022. After further consideration of JAM's concerns, JAM is hereby making this demand for action as required by C.R.S. § 7-80-714(1)(a).

  Specifically, on or about the following dates, based on preliminary accounting records that were made available to us, Mr. Thibault made payments in the amounts indicated, for his personal benefit, without authorization by the Board:

1. From July 13, 2015 to January 28, 2022, a total of $1,331,085 in "consulting fees" were paid to Glenn Thibault and G&N Consulting, an entity controlled by Mr. Thibault's spouse, Nicki Thibault. Payments were made via check from July 13, 2015 to March 30, 2016, and were made via ACH payments from March 30, 2016 to January 28, 2022. Such consulting fees were not authorized or approved by the Board.

2. From April 13, 2020 to December 9, 2021, a total of $111,945.62 in ACH payments were made from the Company's operating account to AIG American General for life insurance premiums on a $5 million life insurance policy naming Nicki Thibault as beneficiary. Such payments were not authorized or approved by the Board.

3. Periodic payments were made by the Company to Three Points Academy, which in turn made payments to or for the benefit of Mr. Thibault or his spouse, whether directly or through entities controlled by either of them.

  Such actions by Mr. Thibault were unauthorized and unlawful, resulted in a breach of Mr. Thibault's duties as an officer of the Company, and resulted in theft against the Company.

  Consequently, JAM demands the Board redress that wrongful conduct and the harm to the Company by instituting proceedings against the estate of Glenn Thibault and, if appropriate, Mr. Thibault's surviving spouse, Nicki Thibault, for the recoupment by the Company of the unauthorized payments described above, plus interest. In addition, we would expect the Board to investigate whether any other payments were made to him or his spouse, or entities controlled by either of them, that may not have been disclosed in the accounting records available to us.

Three Points Center, LLC
Attn: Norm Thibault, CEO and Board Members (Managers)
November 3, 2022
Page 2

   Should the Company not take action by December 4, 2022, JAM will treat that inaction as a refusal of this demand and will proceed with commencing a derivative proceeding to redress the misconduct outlined in this letter.

              Sincerely yours,

              Theresa M. Mehringer

cc: JAM Three Points Holdings, LLC