# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:22-cv-03053-GPG-MEH

**THREE POINTS CENTER, LLC;**
**THREE POINTS CENTER NORTH CAROLINA, LLC;**
**THREE POINTS PROPERTIES, LLC;**
**THREE POINTS PROPERTIES NORTH CAROLINA, LLC; and**
**THREE POINTS ACADEMY, INC.**

Plaintiffs,

vs.

**MARCIE R. MCMINIMEE, IN HER CAPACITY AS SPECIAL ADMINISTRATOR OF THE ESTATE OF GLENN MICHAEL THIBAULT, a.k.a. GLENN M. THIBAULT, a.k.a. GLENN THIBAULT, DECEASED;**

**THE GLENN M. THIBAULT TRUST DATED MAY 20, 2011, OR ANY SUBSEQUENT TRUST THAT MAY BE ESTABLISHED BY GLENN M. THIBAULT'S PERSONAL REPRESENTATIVE ON HIS BEHALF;**

**NICOLE M. THIBAULT AS TRUSTEE OF THE GLENN M. THIBAULT TRUST DATED MAY 20, 2011; AND IN HER INDIVIDUAL CAPACITY;**

**and G & N CONSULTING, LLC,**

Defendants.
_____

### JOSEPH A. O'KEEFE'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS NICOLE M. THIBAULT IN HER INDIVIDUAL CAPACITY AND G & N CONSULTING, LLC
_____

Joseph A. O'Keefe, co-counsel for Defendants Nicole M. Thibault, in her individual capacity, and as surviving member of G&N Consulting, LLC, and G&N Consulting, LLC ("Defendant Thibault") hereby moves to withdraw as counsel of record, and in support thereof, shows the Court as follows:

1. Pursuant to D.C.COLO.LAttyR 5(b), Joseph A. O'Keefe requests to withdraw as co-

counsel of record for Defendant Thibault. Undersigned counsel entered his appearance in this matter on behalf of Defendant Thibault on November 29, 2022, with the filing of his Entry of Appearance (ECF #8).

2. The reason for the withdrawal is that Mr. O'Keefe will no longer be employed by the law firm M<sup>c</sup>Leod | Brunger PLLC. Scott D. McLeod, of the law firm M<sup>c</sup>Leod | Brunger PLLC, will remain counsel of record, therefore good cause exists.

3. Neither Defendants nor the Plaintiffs will be prejudiced by this request insofar as Defendant Thibault will continue to be represented by Mr. McLeod and no applicable Court deadlines are implicated or affected.

4. A copy of this Motion is being served on counsel of record for the Plaintiffs and the Defendants.

WHEREFORE, undersigned counsel respectfully requests that this Court enter an Order granting him withdraw from this case and removing him from the service of process list in this action.

Dated: July 27, 2023.    Respectfully submitted,

M<sup>c</sup>Leod | Brunger PLLC

By: */s/Joseph A. O'Keefe*
Scott D. M<sup>c</sup>Leod
Joseph A. O'Keefe
10375 Park Meadows Drive, St. 260
Lone Tree, CO 80124
(720) 443-6600
smcleod@mcleodbrunger.com
jokeefe@mcleodbrunger.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2023, a true and correct copy of the foregoing was electronically filed and served via CM/ECF, addressed to the following:

Campbell Litigation, P.C.
Stacey A. Campbell
Robert Thomas
1410 North High Street
Denver, Colorado 80218
Tel.: (303) 536-1833
stacey@campbell-litigation.com
robert@campbell-litigation.com
*Attorneys for Plaintiffs*

Zachary Schlichting
Wade Ash LLC
4500 Cherry Creek Drive South, Ste 600
Denver, CO 80248
Tel.: (303) 329-2235
zschlichting@wadeash.com
*Attorney for Nicole Thibault as Trustee*

Christopher P. Montville
Jacob B. McMahon
Haddon Morgan Foreman
950 Seventeenth Street, Suite 1000
Denver, CO 80202
Tel.: (720) 287-5831
cmontville@hmflaw.com
jmcmahon@hmflaw.com
*Attorneys for Marcie R. McMinimee*
*in her capacity as Special Administrator*
*of the Estate of Glenn Michael Thibault*

                                                         */s/Keri A. Roberts*