IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-03053-GPG-MEH

THREE POINTS CENTER, LLC;
THREE POINTS CENTER NORTH CAROLINA, LLC;
THREE POINTS PROPERTIES, LLC;
THREE POINTS PROPERTIES NORTH CAROLINA, LLC; and
THREE POINTS ACADEMY, INC.,

     Plaintiffs,
v.

MARCIE R. McMINIMEE, in her capacity as special administrator of the estate of Glenn Michael Thibault, a.k.a. Glenn M. Thibault, a.k.a. Glenn Thibault, deceased;

THE GLENN M. THIBAULT TRUST dated May 20, 2011, or any subsequent trust that may be established by Glenn M. Thibault's personal representative on his behalf;

NICOLE M. THIBAULT as trustee of the Glenn M. Thibault Trust dated May 20, 2011; and in her individual capacity; and

G & N CONSULTING, LLC,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 27, 2023.**

     For good cause shown, the Court hereby **grants** the Motion to Withdraw as attorney for Defendants Nicole M. Thibault and G&N Consulting, LLC, filed by Joseph A. O'Keefe, Esq., of McLeod | Brunger PLLC. ECF 59. Scott D. McLeod, Esq., of McLeod | Brunger PLLC, will continue representing these Defendants.

     Mr. O'Keefe's representation of Defendants Nicole M. Thibault and G&N Consulting, LLC in this case is hereby terminated. After docketing this Minute Order, the Clerk of Court shall remove his information from the case caption and remove his email address so that he does not receive future NEFs from this civil action.